Attachment for Contempt CO-528 (Rev. - DC 4/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In Re:  UNITED STATES OF AMERICA
               VS
         ANTWAN BALL, ET AL

Misc. No. 07-361

## ATTACHMENT FOR CONTEMPT

TO ANY UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER:

You are hereby commanded to arrest __LARRY JORDAN__ whose address is _1535 MORRIS ROAD SE # 104_ and bring him/her forthwith before the United States District Court for the District of Columbia for the reason that he/she:

[✓] willfully failed to appear after having been served with a subpoena

OR

[ ] willfully evaded service of a subpoena pursuant to Title 18 USC 3144.

[ ] You are further commanded to detain _____ in your custody until he/she is discharged by the Court.

OR

[ ] You are hereby commanded to bring said person forthwith to Courtroom _____ , United States District Court for the District of Columbia.

Upon order of the Honorable __RICHARD W. ROBERTS__ , United States District Judge this _11_ day of _SEPTEMBER_ , _2007_ .

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk

---

**RETURN***
DISTRICT OF COLUMBIA
Received the within warrant the _____ day of _____ ,20 _____ and executed same.
By: _____